No. 2736. BIAGGI BROTHERS, APPELLANTS, *v.* PÉREZ, APPELLEE.—District Court of Ponce. Decided March 16, 1923. The appeal being from an order approving a memorandum of costs filed by virtue of a judgment of the said court on appeal, from which there is no appeal to this court, for the reasons stated in *Marín* v. *American Railroad Co.*, decided March 5, 1923, the appeal is dismissed.

No. 2938. NOBLE, APPELLEE, *v.* TORRES ET AL., APPELLANTS. District Court of San Juan, Section 1. Decided March 19, 1923. Execution of deed. Motion by the appellee for dismissal of the appeal. It appearing that the appellant has filed no brief notwithstanding the extension of 20 days from January 18, 1923, and that he has made no effort to explain his omission, the motion is sustained.

PEOPLE, APPELLEE, *v.* QUIÑONES, APPELLANT.—Second District Court of San Juan. Assault and battery. Decided March 20, 1923. The appellant having filed no brief, the appeal is dismissed.